```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRISTIAAN H. HIGHSMITH
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for the United States of America
```

**FILED**
NOV 2 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


2:13 - CR - 0 3 8 4 GEB

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | ORDER TO SEAL (UNDER SEAL) |
| v. | |
| ANTHONY TAYLOR, JR., | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Christiaan H. Highsmith to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the first defendant or until further order of this Court.

DATED: November 21, 2013

KENDALL J. NEWMAN
United States Magistrate Judge

1