Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Anthony Taylor, Jr.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY TAYLOR, JR.<br><br>    Defendant. | Case No.:  CR S-13-384 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>**Judge: Hon. Garland E. Burrell, Jr.**<br>**Time: 9:00 a.m.**<br>**Date: February 21, 2014** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, and Dustin D. Johnson, attorney for defendant, ANTHONY TAYLOR, JR. that the status conference hearing date of February 21, 2014 be vacated, and the matter be set for status conference on February 28, 2014 at 9:00 a.m. The reason for this continuance is to allow defense counsel additional time to prepare. The parties have had initial discussions concerning resolution this matter and expect further discussions. The defense expects to receive a written plea offer from the government in the next day or two. There is additional discovery that the defense is in the process of requesting from the government and the defense expects to receive the requested discovery from the government before the next court date.

    IT IS STIPULATED that the period of time from the signing of this Order up to and including the new court date of February 28, 2014, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

- 1 -

///                                                          - 2 -

Dated:  February 20, 2014                    Respectfully submitted,


                                              /s/ Dustin D. Johnson
                                              DUSTIN D. JOHNSON
                                              Attorney for Anthony Taylor, Jr.


Dated:  February 20, 2014                    BENJAMIN WAGNER

                                              United States Attorney


                                              /s/ Christiaan Highsmith (approved via phone)
                                              CHRISTIAAN HIGHSMITH
                                              Assistant U.S. Attorney

///

Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for ANTHONY TAYLOR, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY TAYLOR, JR.<br><br>Defendant. | Case No.:  CR-S-13-384 KJM<br><br>[PROPOSED] ORDER<br><br>**Judge: Hon. Garland E. Burrell, Jr.**<br><br>**Time: 9:00 a.m.**<br><br>**Date: February 28, 2014** |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that 1) the status conference hearing date of February 21, 2014 be vacated, 2) the matter be set for status conference on February 28, 2014 at 9:00 a.m, and 3) the time from the date of this order to February 28, 2014, shall continue to be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow for ongoing preparation of counsel.

Dated:  February 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge