IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TAYLOR, JR., | Case № 2:16-cv-1374-GEB-CKD |
| Petitioner. | [Crim. Case №:2:13-cr-00384-GEB] |
| vs. | **O R D E R** |
| UNITED STATES OF AMERICA, | **ACCELERATING BRIEFING, ARGUMENT AND JUDGMENT** |
| Respondent. | |

Upon Petitioner A<small>NTHONY</small> T<small>AYLOR</small>, J<small>R</small>.'s motion, there being no Government objection, and good cause appearing,

IT IS HEREBY ORDERED GRANTING Petitioner's motion and accelerate the briefing, argument and judgment in his § 2255 motion to vacate his sentence based upon *Johnson v. United States*. **Respondent Government's responding brief will be due August 18, 2016; any Petitioner reply brief will be due by August 25, 2016.**

Dated:  July 21, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE