UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0384 GEB CKD P |
| Respondent, | |
| v. | ORDER |
| ANTHONY TAYLOR, JR., | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 28, 2016, are adopted in full;

2. Movant's June 20, 2016 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied;

3. A certificate of appealability is issued with respect to the following issues: whether Taylor's robbery conviction is a qualifying "crime of violence." See 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-1374 GEB CKD.

Dated: October 18, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge