# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Anthony Taylor, Jr.          **Docket Number:**   0972 2:13CR00384-01

**Name of Judicial Officer**:   Senior United States District Judge Garland E. Burrell, Jr.

**Date of Original Sentence:**   6/27/2014

**Original Offense:** 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm  (Class C Felony)

**Original Sentence:** 37 months custody of the Bureau of Prisons; 36-month term of Supervised Release; $100 Special Assessment; Mandatory Drug Testing; No Firearms; DNA Collection.

**Special Conditions:**

Warrantless Search
Financial Disclosure
Drug/Alcohol Treatment
Drug/Alcohol Testing
Aftercare Co-payment

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    12/27/2016

**Other Court Actions:**  None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

6. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

**Justification:**  On December 27, 2016, the offender commenced supervised release.  On December 30, 2016, during his initial interview, Mr. Taylor advised this officer that he had suffered from auditory hallucinations and depression while incarcerated.  Additionally, the offender advised that he was having trouble with anxiety and difficulty sleeping since his release.  A recommendation was made to the

offender to participate in a mental health evaluation/counseling to identify possible issues. The offender agreed, and on December 30, 2016, voluntarily signed a Waiver of Hearing (Prob 49), agreeing to add the mental health condition.

The undersigned believes addressing the offender's potential mental health issue will be beneficial and instrumental to the offender's success while on supervised release. In considering the above, the undersigned respectfully requests the Court grant the above-noted modification of the offender's conditions of supervised release.

Respectfully submitted,

*/s/ Molly R. McSorley*

**Molly R. McSorley**
**United States Probation Officer**
Telephone: (209) 574-9713

**DATED:** 1/25/2017

Reviewed by,

*/s/ Brenda Barron-Harrell*

**Brenda Barron-Harrell**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

Dated: January 25, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge

cc:     United States Probation

        Assistant United States Attorney: Christiaan Highsmith

        Defense Counsel: Dustin Johnson